IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BRUCE NEIL RICHARDS,             )<br>                                                       )<br>       Plaintiff,                              )<br>                                                       )<br>v.                                                   )<br>                                                       )<br>CITY OF RICHFIELD, *et al.*,          )<br>                                                       )<br>       Defendants.                         )<br>_____) | Case No. CV 04-48-S-LMB<br><br>ORDER |

On December 22, 2004, the Court granted Defendants' Motion to Dismiss Federal Claims (Docket No. 16), as well as Defendants' Motion to Grant Defendants' Motion to Dismiss Federal Claims Pursuant to Local Civil Rule 7.1(f) (Docket No. 18). *Order* (Docket No. 20). The Court also entered an Order remanding the remaining state law claim to the Fifth Judicial District of the State of Idaho. *Order* (Docket No. 19).

Subsequent to the Court's Order, Plaintiff filed both a Motion to Set Aside the Court's Order (Docket No. 21) and a Motion for Extension of Time to Respond to Defendants' Motion to Dismiss (Docket No. 23). On February 8, 2005, the Court granted both motions and set aside its December 22, 2004 Order dismissing the federal claims in the instant action. *Order* (Docket No. 29). A June 22, 2005 hearing has been scheduled with this Court on Defendants' Motion for Summary Judgment. *Notice* (Docket No. 38).

ORDER -1-

On May 26, 2005, the parties filed a Stipulation Seeking Clarification of the Court's February 8, 2005 Order setting aside the dismissal of Plaintiff's federal claims (Docket No. 41). Specifically, the parties request that the Court clarify that this Order vacated its remand of the state claim to the Fifth Judicial District for the State of Idaho. *Stipulation*, ¶ 8 (Docket No. 41). Accordingly, the Court enters this Order to VACATE its December 23, 2005 Order remanding Plaintiff's state law claim to the Fifth Judicial District for the State of Idaho (Docket No. 19). Because the Court has set aside its dismissal of the federal claims, it will retain jurisdiction over the state law claim.



DATED: **May 26, 2005**.

Honorable Larry M. Boyle
Chief U. S. Magistrate Judge

ORDER -2-